IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CV-00068-M

| | |
|---|---|
| LATONYA BANKS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| OLLIE'S BARGAIN OUTLET, INC., | ) |
| Defendant. | ) |

This matter is before the court on the Joint Motion to Remand [DE 10]. Defendant removed this action from state court on April 28, 2022, alleging this court's diversity jurisdiction. On May 4, 2022, this court issued an order to show cause why the case should not be remanded for the court's lack of subject-matter jurisdiction. Ord., DE 8. The present motion was filed in response. Attached to the motion is a Stipulation and Agreement Regarding Damages, reflecting the parties' agreement that Plaintiff will seek no more than $74,999.00 in damages. Accordingly, the court finds it lacks subject-matter jurisdiction to adjudicate this matter, GRANTS the joint motion, and REMANDS the action to the New Hanover County Superior Court, State of North Carolina. The Clerk of the Court is directed to close this case.

SO ORDERED this 17th day of May, 2022.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE