

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645 1700
Fax (919) 645 1750

Peter A. Moore, Jr.
Clerk of Court

May 18, 2022

New Hanover County Clerk of Court
P.O. Box 2023
Wilmington, NC 28402

RE: Banks v. Ollie's Bargain Outlet, Inc.
    7:22-CV-68-M
**Notice of Remand to State Court**

Dear Clerk:

Pursuant to order entered by The Honorable Chief United States District Judge Richard E. Myers II on May 4. 2022, this case is remanded to Robeson County, North Carolina Superior Court. In accordance with 28 U.S.C. §1447(c), enclosed is a certified copy of the order of remand.

Sincerely,

PETER A. MOORE, JR., CLERK OF COURT

(By) *Kimberly Waddell*
    Deputy Clerk